⬥AO 451  (Rev.12/93)   Certification of Judgment

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

KAREN GUIDI, et al.

V.

INTER-CONTINENTAL HOTELS
CORPORATION, et al.

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:  95 CV 9006 (LAP)

I, _S. Michael McMahon_ _____ Clerk of the United States district court certify that the

attached judgment is a true and correct copy of the original judgment entered in this action _5/16/05_ , as it
                                                                                              Date

appears in the records of this court, and that

an appeal was taken from this judgment and the appeal was dismissed by order entered on May 2, 2007.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

_11/20/07_ _____              _S. Michael McMahon_ _____
Date                              Clerk

                                  _R._____
                                  (By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of AppellateProcedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

AO 133 (Rev. 9/89) Bill of Costs ⊕

# United States District Court

_Southern_ DISTRICT OF _New York_

_Guidi, et al._

v.

_Inter-Continental Hotels Corp., et ano_

**BILL OF COSTS**

Case Number: _95CV9006(CAP)_

Judgment having been entered in the above entitled action on _May 23, 2003_ against _the plaintiffs_,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . $ _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _$7158.75_ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . | _$8414.34_ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . | _05,09,0_ |
| Compensation of court-appointed experts . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . | _$3090,00_ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . | _____ |
| | TOTAL  $ _18,663.09_ |

*(stamp)* U.S. DISTRICT COURT FILED MAY 13 2005 S.D. OF N.Y.

*(stamp)* DOCKETED AS A JUDGMENT ON 5/18/05

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: _Donald Susswein, attorney for plaintiffs_

Signature of Attorney: _Richard Lerner_

Name of Attorney: _Richard E. Lerner_

For: _defendants_
Name of Claiming Party

A CERTIFIED COPY
J. MICHAEL McMAHON,

BY _____

**CLERK**

DEPUTY CLERK

Date: _May 13, 2005_

Costs are taxed in the amount of _$18,663.09_ _____ and included in the judgment.

_J. Michael McMahon_
Clerk of Court

By _____
Deputy Clerk

_5/13/05_
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAILED TO COUNSEL

```
------------------------------------X
                                    :
KAREN GUIDI, et al.,                :     95 CV 9006 (LAP)
                                    :
                    Plaintiffs,     :     ORDER
                                    :
         v.                         :
                                    :
                                    :
INTER-CONTINENTAL HOTELS            :
CORPORATION, et al.,                :
                                    :
                    Defendants.     :
                                    :
------------------------------------X
```

LORETTA A. PRESKA, U.S.D.J.

Plaintiffs Lois and Merrill Kramer (the "Kramers")
filed a Motion for Relief from Judgment entered on May 16,
2005, awarding court costs in the amount of $18,663.00
jointly and severally against them and the other Plaintiffs
(the "Judgment"). The Kramers seek to limit their
liability to one-third of the cost award. Defendants
Inter-Continental Hotels Corporation, Inter-Continental
Hotels & Resort Corporation, Semiramis Hotel Corporation,
Saison Holdings, B.V., and Saison Corporation (collectively
the "Defendants") oppose the motion.

1

## BACKGROUND[1]

Plaintiffs Karen Guidi and Eve Hoffman (the "Widows")
are the widows of Robert Guidi and Coby Hoffman,
respectively, who were murdered while staying at the
Intercontinental Hotel in Egypt.  Mr. Kramer was gravely
wounded by the same assailant but fortunately survived.
Plaintiffs Guidi, Hoffman and the Kramers sued the
Intercontinental Hotel for negligence, but the jury
returned a verdict for Defendants.  On May 13, 2005, court
costs in the amount of $18,663 were awarded against
Plaintiffs jointly and severally to the Defendants. (See
Order dated May 13, 2005, dkt. no. 121.)

The Defendants have apparently decided not to collect
court costs from the Widows, directly or indirectly, which
the Kramers greeted as "a laudatory decision."  It is
Defendants' position that all the Plaintiffs are jointly
and severally liable for the Judgment and that thus it is
permissible for the Defendants to collect some or all of
the Judgment from the Kramers. (See Letter from Robert B.
Wallace, Esq. to Donald B. Susswein, Esq., dated August 24,

---

[1] The facts are not at issue in this motion, and this
background is provided by the Kramers' memorandum of law
submitted in support of their motion. (See  Memorandum of
Law in Support of Motion of Plaintiffs Lois and Merrill
Kramer for Relief from Judgment, dated September 9, 2005.)

2005.)  Thus, Defendants wish to retain their right to seek

full payment of the court costs awarded in the Judgment

from the Kramers.  The Kramers seek a reduction in the

Judgment to one-third of the total amount of the cost award

as their liability to Defendants pursuant to Federal Rule

of Civil Procedure 60(a) and (b).

## DISCUSSION

Federal Rule of Civil Procedure 60(a) provides for

relief from a judgment based on clerical errors. See Fed.

R. Civ. P. 60(a).  The Kramers do not allege any clerical

errors with the judgment, therefore Rule 60(a) is not

applicable to the relief sought by the Kramers and is

rejected as a grounds for granting the Kramers' motion.

Subsection (b) of Rule 60 provides, inter alia, for

relief from a judgment based on newly discovered evidence.

See Fed. R. Civ. P. 60(b).  The Kramers assert that defense

counsel's letters about seeking payment on the judgment

from the Kramers but not from the Widows are newly

discovered evidence.  However, under Rule 60(b), newly

discovered evidence must have existed prior to the judgment

but could not have been discovered with due diligence.

(Id.)  Further, any method the Defendants wished to pursue

3

to collect the Judgment did not exist until after the
Judgment came into effect.

Rule 60(b)(6) is a catch all provision of Rule 60(b)
that permits relief from judgment for "any other reason
justifying relief from the operation of the judgment." Fed.
R. Civ. P. 60(b)(6). However, the Court finds that there
are no reasons presented by the Kramers to justify
relieving them of the obligation to pay the full cost of
the Judgment as they were determined to be jointly and
severally liable. The Kramers have not presented evidence
of a financial inability to pay or of Defendants' ever
having agreed to forgo colleting the full Judgment from
them.

Pursuant to Rule 60(b)(6), a movant must show
"extraordinary circumstances" in order to be entitled to
relief. Standard Commercial Tobacco Co., Inc. v. The M/V
"Recife", 1994 U.S. Dist. LEXIS 9744 at *7-8 (S.D.N.Y. July
18, 1994)(citing Liljeberg v. Health Servs. Acquisition
Corp., 486 U.S. 847, 863 n.11 (1988)). The Kramers have
not presented any extraordinary circumstances that exist in
this situation, and the decision of the Defendants to seek
the full judgment from one party as opposed to all the
responsible parties is permissible. The default rule is
that costs may be imposed jointly and severally, and it is

4

the burden of the losing parties to persuade the Court that the costs should be apportioned. In re Paoli Railroad Yard, 221 F.3d 449, 469 (3d Cir. 2000); see Electronic Specialty Co. v. International Controls Corp., 47 F.R.D. 158, 160 (S.D.N.Y. 1969)(holding that "despite the general rule that where there are several plaintiffs who join together each is individually liable for all the costs and not merely for his pro rate share").

CONCLUSION

Defendants have the right to seek full payment of the cost award from any Plaintiffs they choose. The Kramers have not demonstrated any reason that that general rule should be abrogated. Accordingly the Kramers' motion for relief from the May 13, 2005 Judgment is denied.

SO ORDERED:

Dated:    New York, New York
          May 2, 2007

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.

IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

KAREN GUIDI, *et al.*

      Appellants,

      v.

INTER-CONTINENTAL HOTELS
CORPORATION, *et al.*,

      Appellees

Docket Nos. 03-7668 (L):
03-7684 (CON)
03-7686 (CON)
03-7688 (CON)

*[seal: UNITED STATES COURT OF APPEALS — FILED MAR 1 7 2005 — Roseann B. MacKechnie, Clerk — SECOND CIRCUIT]*

## ITEMIZED AND VERIFIED BILL OF COSTS

Counsel for Appellees Inter-Continental Hotels Corporation and Inter-Continental Hotels

Group, PLC (hereinafter collectively "Inter-Continental") respectfully submits, pursuant to Rule

39(c) of the Federal Rules of Appellate Procedure, the within bill of costs and requests the Clerk

to prepare an itemized statement of costs taxed against Appellants and in favor of Inter-

Continental for insertion in the mandate.

The attached Exhibits 1 and 2 provide verification for the amounts requested herein.

| | |
|---|---|
| Costs of printing appendix (13 necessary copies) | $7,020.40 |
| Costs of printing brief (13 necessary copies) | $392.60 |

STATEMENT OF COSTS

Taxed in the amount of $ *7012.80* in favor of
*a aperllee Inter - Continental*

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk

*3/17/05*
Date

*Tracy W. Young*
Tracy W. Young, Motions Staff Attorney

*exclusive of numbered make ready's*

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Robert B. Wallace (5059)
1341 G Street, NW, Suite 500
Washington, DC 20005
(202) 626-7660

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *Michael Alcentone*
DEPUTY CLERK

Certified *12|18|2007*

CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:95-cv-09006-LAP
### Internal Use Only

Guidi, et al v. Inter-Continental, et al
Assigned to: Judge Loretta A. Preska
Demand: $75,000,000
Case in other court: 97-07973(L)&99-07623(Con).
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 10/20/1995
Date Terminated: 05/27/2003
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Karen Guidi**
*Individually and as Executrix of the*
*Estate of Robert L. Guidi*

represented by **Barry W Horowitz**
Schneider, Kleinick, Weitz, Damashek
& Shoot
233 Broadway
New York, NY 10279-0003
(212)553-9000
*LEAD ATTORNEY*

**Erin J. Ashbarry**
1409 Farmcrest Way
Silver Spring, MD 20905
(301) 879-3847
*LEAD ATTORNEY*

**Plaintiff**

**Eve Individually, and as Executrix of**
**the Estate of Coby M. Hoffman,**

represented by **Barry W Horowitz**
(See above for address)
*LEAD ATTORNEY*

**Erin J. Ashbarry**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Merrill Kramer**

represented by **Barry W Horowitz**
(See above for address)
*LEAD ATTORNEY*

**Erin J. Ashbarry**
(See above for address)
*LEAD ATTORNEY*

**Thomas J. McCormack**
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112
212-408-5182
Fax: 646-710-5182
Email: tmccormack@chadbourne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lois Kramer**                          represented by **Barry W Horowitz**
                                         (See above for address)
                                         *LEAD ATTORNEY*

                                         **Erin J. Ashbarry**
                                         (See above for address)
                                         *LEAD ATTORNEY*

                                         **Thomas J. McCormack**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Inter-Continental Hotels Corporation**    represented by **Erin Jeanne Ashbarry**
                                         1409 Farmcrest Way
*a Delaware Corporation*                 Silver Spring, MD 20905
                                         (301) 879-3847
                                         *LEAD ATTORNEY*

                                         **Harry P. Brett**
                                         Jaffe & Asher LLP
                                         600 Third Avenue
                                         9th Floor
                                         New York, NY 10016-5639
                                         (212) 687-3000
                                         *LEAD ATTORNEY*

                                         **Robert B. Wallace**
                                         Wilson, Elser, Moskowitz, Edelman &
                                         Dicker, LLP
                                         1341 G Street, N.W.
                                         Washington, DC 20005-3105
                                         (202) 626-7660
                                         *LEAD ATTORNEY*

                                         **Stephen H. Helvin**

Caulfield Law Office
14 Wall Street, 10th Floor
New York, NY 10005-5639
(212) 266-4600
*LEAD ATTORNEY*

**Defendant**

**Inter-Continental Hotels Corporation**          represented by **Erin Jeanne Ashbarry**
(See above for address)
*LEAD ATTORNEY*

*a Corporation of the United Kingdom*

**Robert B. Wallace**
(See above for address)
*LEAD ATTORNEY*

**Stephen H. Helvin**
(See above for address)
*LEAD ATTORNEY*

**Harry P. Brett**
(See above for address)

**Defendant**

**Inter-Continental Hotels & Resort**          represented by **Erin Jeanne Ashbarry**
**Corporation**                                                  (See above for address)
*LEAD ATTORNEY*

**Harry P. Brett**
(See above for address)
*LEAD ATTORNEY*

**Robert B. Wallace**
(See above for address)
*LEAD ATTORNEY*

**Stephen H. Helvin**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Semiramis Hotel Corp.,**          represented by **Erin Jeanne Ashbarry**
(See above for address)
*LEAD ATTORNEY*

**Stephen H. Helvin**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Saison Holdings, B.V.,**          represented by **Erin Jeanne Ashbarry**

(See above for address)
*LEAD ATTORNEY*

**Stephen H. Helvin**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Saison Corporation**                    represented by **Erin Jeanne Ashbarry**
(See above for address)
*LEAD ATTORNEY*

**Stephen H. Helvin**
(See above for address)
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/1995 | 1 | COMPLAINT filed; Summons issued and Notice pursuant to 28 U.S.C. 636(c); FILING FEE $ 248263 RECEIPT # 248263 (ricm) (Entered: 10/24/1995) |
| 10/20/1995 | 2 | Rule 9 certificate filed by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer (ricm) (Entered: 10/24/1995) |
| 10/20/1995 | | It is suggested that the case be classified as Standard. Magistrate Judge Buchwald is so Designated. (ricm) (Entered: 10/24/1995) |
| 11/13/1995 | 3 | Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Gen. Pretrial/Including Initial Case Managemenet Conference ( signed by Judge Loretta A. Preska ) Referred to Magistrate Judge Naomi R. Buchwald (kg) (Entered: 11/20/1995) |
| 11/13/1995 | 4 | ANSWER to Complaint by Inter-Continental, Inter-Continental, Inter-Continental (Attorney Harry P. Brett), ; Firm of: Wilson, Elser, Moskowitz, et al. by attorney Harry P. Brett for defendant Inter-Continental (ls) (Entered: 11/21/1995) |
| 12/06/1995 | | Before MJ Buchwald; Pre-trial conference held (cd) (Entered: 12/08/1995) |
| 04/09/1996 | | Tele-conference held before Magistrate Judge Buchwald. (rag) (Entered: 04/15/1996) |
| 05/29/1996 | 5 | Filed Memo_Endorsement on letter by Robert B. Wallace dated 5/22/96, set pretrial conference for 3:30 6/11/96 at 500 Pearl Street in Courtroom 12A. One week prior thereto, defendant shall advise the Court by letter of the facts on which it will reply ..So Ordered....( signed by Judge Loretta A. Preska ) (pl) (Entered: 05/30/1996) |
| 07/19/1996 | 6 | NOTICE OF MOTION by Inter-Continental, Inter-Continental, Inter-Continental for Robert B. Wallace to appear pro hac vice (djc) (Entered: |

| | | 07/24/1996) |
|---|---|---|
| 07/30/1996 | | Memo endorsed on motion; granting [6-1] motion for Robert B. Wallace to appear pro hac vice..So Ordered.... ( signed by Judge Loretta A. Preska ); Copies mailed. (pl) (Entered: 07/31/1996) |
| 08/14/1996 | 7 | Filed Memo_Endorsement on letter to Judge Preska from Robert B. Wallace dated 06/27/96, reset motion, memorandum in support and appendices and/or exhibits filing deadline for 7/16/96 , August 16, 1996 for plaintiffs to submit their response and August 30, 1996 for defendant to submit its reply. All papers will then be submitted to the Court on September 4, 1996...SO ORDERED. (signed by Judge Loretta A. Preska) (djc) (Entered: 08/15/1996) |
| 09/04/1996 | 8 | NOTICE OF MOTION by Inter-Continental to dismiss this action under the doctrine of forum non conveniens , Return date 9/3/96; attached is a memo in support (cd) (Entered: 09/05/1996) |
| 09/04/1996 | 9 | AFFIDAVIT in opposition of B. horowitz by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer Re: [8-1] motion to dismiss this action under the doctrine of forum non conveniens (cd) (Entered: 09/05/1996) |
| 09/04/1996 | 10 | MEMORANDUM by Inter-Continental in support of [8-1] motion to dismiss this action under the doctrine of forum non conveniens (cd) (Entered: 09/05/1996) |
| 09/04/1996 | 11 | MEMORANDUM by Inter-Continental in support of [8-1] motion to dismiss this action under the doctrine of forum non conveniens (cd) (Entered: 09/05/1996) |
| 09/04/1996 | 12 | Reply affidavit of R. Wallace by Inter-Continental in opposition of [9-1] affidavit (cd) Modified on 09/05/1996 (Entered: 09/05/1996) |
| 09/04/1996 | 13 | REPLY MEMORANDUM by Inter-Continental re: [9-1] affidavit (cd) (Entered: 09/05/1996) |
| 07/18/1997 | 14 | MEMORANDUM ORDER granting [8-1] motion to dismiss this action under the doctrine of forum non conveniens; subject to defendant's agreement not to contest suit in Egypt ( signed by Judge Loretta A. Preska ); Copies mailed (forwarded to J.C. on 7/21/97) (kw) Modified on 07/23/1997 (Entered: 07/21/1997) |
| 07/22/1997 | 15 | JUDGMENT that defendants' motion to dismiss the complaint be and it is hereby granted for the reasons stated in the Court's Memorandum Order dated 7/17/97. ( signed by James M. Parkison ); Mailed copies and notice of right to appeal. EOD 7/23/97 (kw) Modified on 07/23/1997 (Entered: 07/23/1997) |
| 07/22/1997 | | Case closed (kw) (Entered: 07/23/1997) |
| 08/08/1997 | 16 | NOTICE OF APPEAL by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer ; from [15-1] judgment order . Copies of notice of appeal mailed to Attorney(s) of Record: Harry P. Brett. $105.00 Appeal filing fee paid on receipt # E 294227 on 08/08/97. (dt) (Entered: 08/08/1997) |

| 08/22/1997 | 17 | Notice that the record on appeal has been certified and transmitted to the U.S. Court of Appeals: [16-1] appeal by Lois Kramer, Merrill Kramer, Eve Hoffman, Karen Guidi on August 22, 1997. (dt) (Entered: 08/22/1997) |
|---|---|---|
| 10/07/1997 | 18 | Filed Memo-Endorsement on letter by Barry W. Horowitz dated 9/30/97, granting plaintiff's request for a pre-motion conference. Counsel shall appear at a conference on 10/17/97 @3:30 P.M. Counsel for defendant shall state defendant's position in a letter no later than 10/10/97 (signed by Judge Loretta A. Preska) (pl) Modified on 10/14/1997 (Entered: 10/08/1997) |
| 12/19/1997 | 19 | Filed Memo-Endorsement on letter dated 12/9/97 from Clifford J. Stern, granting plaintiffs' request that their motion be adjourned to 12/24/97 ( signed by Judge Loretta A. Preska ) (kw) (Entered: 12/22/1997) |
| 12/24/1997 | 20 | AFFIDAVIT of Barry Horowitz in support of Karen Guidi, Eve Hoffman, Merrill Kramer, and Lois Kramer's motion seeking relief from the order granting defendants' motion for dismissal of this action. (kw) (Entered: 12/30/1997) |
| 12/24/1997 | 21 | AFFIDAVIT of Robert B. Wallace by Inter-Continental, Inter-Continental, Inter-Continental, Semiramis Hotel Corp, Saison Holdings, and B.V, Saison Corporation in opposition to plaintiffs' motion for reconsideration. (kw) (Entered: 12/30/1997) |
| 12/24/1997 | 22 | MEMORANDUM by Inter-Continental, Inter-Continental, Inter-Continental, Semiramis Hotel Corp, Saison Holdings, B.V, and Saison Corporation in opposition to plaintiffs' evidence submitted in support of its Rule 60(B) motion. (kw) (Entered: 12/30/1997) |
| 12/24/1997 | 23 | REPLY AFFIDAVIT of Clifford J. Stern by Karen Guidi, Eve Hoffman, Merrill Kramer, and Lois Kramer in further support of their motion for reconsideration. (kw) Modified on 12/30/1997 (Entered: 12/30/1997) |
| 12/24/1997 | 24 | REPLY BRIEF by Karen Guidi, Eve Hoffman, Merrill Kramer, and Lois Kramer in support of their motion for reconsideration. (kw) (Entered: 12/30/1997) |
| 04/20/1999 | 25 | MEMORANDUM AND ORDER; pltffs move purs. to FRCP 60(b) for relief from a memorandum and order issued by this Court on 7/17/97 which dismissed this action on forum non conveniens grounds. Pltff's motion is denied. The Clerk of the Court shall mark the matter closed and all pending motions are denied as moot. ( signed by Judge Loretta A. Preska ); Copies mailed (sac) (Entered: 04/21/1999) |
| 05/21/1999 | 26 | NOTICE OF APPEAL by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer ; from [25-1] order pltffs move purs. to FRCP 60(b) for relief from a memorandum and order issued by this Court on 7/17/97 which dismissed this action on forum non conveniens grounds. Pltffs motion is denied. The Clerk of the Court shall mark the matter closed and all pending motions are denied as moot., [25-2] relief . Copies of notice of appeal mailed to Attorney(s) of Record: Wilson, Elser, Moskowitz, |

| | | |
|---|---|---|
| | | Edelman & Dicker, New York, N.Y. and Washington, D.C. $105.00 Appeal filing fee paid on May 21, 1999 on May 21, 1999 on receipt # E 345742. (dt) (Entered: 05/25/1999) |
| 05/25/1999 | | Notice of appeal and certified copy of docket to USCA: [26-1] appeal by Lois Kramer, Merrill Kramer, Eve Hoffman, Karen Guidi ; Copy of notice of appeal sent to District Judge. (dt) (Entered: 05/25/1999) |
| 07/15/1999 | | USCA Case Number Re: [16-1] appeal by Lois Kramer, Merrill Kramer, Eve Hoffman, Karen Guidi, [26-1] appeal by Lois Kramer, Merrill Kramer, Eve Hoffman, Karen Guidi USCA NUMBER: 97-7973 (L) & 99-7623 (Con). (dt) (Entered: 07/15/1999) |
| 07/20/1999 | 27 | Notice that the record on appeal has been certified and transmitted to the U.S. Court of Appeals: [26-1] appeal by Lois Kramer, Merrill Kramer, Eve Hoffman, Karen Guidi (as) (Entered: 07/20/1999) |
| 10/29/1999 | | Indexed record on appeal files (97-7973) sent to the U.S.C.A. *(Files requested by Ralph Anderson from the U.S.C.A.)*. (dt) (Entered: 10/29/1999) |
| 10/30/2000 | 28 | MANDATE OF USCA (certified copy) Re: Ordered, adjudged and decreed that the judgment of said district court be Reverse [26-1] appeal by Lois Kramer, Merrill Kramer, Eve Hoffman, Karen Guidi. 97-7973, 99-7623, Karen Greve Milton, Acting Clerk. (sl) (Entered: 10/30/2000) |
| 10/30/2000 | | Case reopened. (sl) (Entered: 10/30/2000) |
| 10/30/2000 | | (Court only) **Remove appeal flag - no further appeals pending. CJRA Report Appeal Exemption Code Deactivated. (sl) (Entered: 10/30/2000) |
| 01/17/2001 | | Record on appeal files (97-7973 & 99-7623) returned from U.S. Court of Appeals: [16-1] appeal by Lois Kramer, Merrill Kramer, Eve Hoffman, Karen Guidi, [26-1] appeal by Lois Kramer, Merrill Kramer, Eve Hoffman, Karen Guidi. (dt) (Entered: 01/18/2001) |
| 10/30/2001 | | CASE NO LONGER REFERRED TO Magistrate Judge Naomi R. Buchwald . (rag) (Entered: 10/30/2001) |
| 01/24/2002 | 29 | Memo-Endorsement on letter addressed to Judge Preska from Paul A. Marber, dated 1/18/02: that the parties agree on the following scheduling order deadlines: Plaintffs' deadline for filing of all motions by 1/28/02; Defendants' response to motion deadline 1/18/02; Plaintiffs' reply to response to motion deadline 3/1/02 ; COunsel shall appear for a conference, with clients, on 5/3/02 at 9:30 a.m . ( signed Judge Loretta A. Preska ); Copies mailed. (tp) (Entered: 01/28/2002) |
| 01/25/2002 | 30 | NOTICE OF MOTION (FILED ON SERVICE DATE) by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer for an order pursuant to Rule 56 of the FRCP granting plaintiff's partial summary judgment on the issue of liability . Affidavit of Paul A. Marber in support of motion attached. Return date 3/1/02. (db) (Entered: 01/29/2002) |
| 01/28/2002 | 31 | MEMORANDUM OF LAW by Karen Guidi, Eve Hoffman, Merrill |

| | | Kramer, Lois Kramer in support of [30-1] motion for an order pursuant to Rule 56 of the FRCP granting plaintiff's partial summary judgment on the issue of liability . (db) (Entered: 01/29/2002) |
|---|---|---|
| 01/28/2002 | 32 | RULE 56.1 STATEMENT filed by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer (db) (Entered: 01/29/2002) |
| 02/15/2002 | 33 | Memo-Endorsement on letter addressed to Judge Preska from Robert B. Wallace, dated 02/12/02; Defendants' Response to motion reset to 2/28/02 for [30-1] motion for an order pursuant to Rule 56 of the FRCP granting plaintiff's partial summary judgment on the issue of liability ; Plaintiff's Reply to Response to Motion reset to 3/11/02 for [30-1] motion for an order pursuant to Rule 56 of the FRCP granting plaintiff's summary judgment on the issue of liability ; ( signed by Judge Loretta A. Preska ); Copies mailed. (djc) (Entered: 02/19/2002) |
| 03/11/2002 | 34 | Memo-Endorsement on letter addressed to Judge Preska from Paul A. Marber, dated 3/6/02; plaintiffs reply to response to motion reset to 3/21/02 for [30-1] motion for an order pursuant to Rule 56 of the FRCP granting plaintiff's summary judgment on the issue of liability . ( signed by Judge Loretta A. Preska ); Copies mailed. (pl) (Entered: 03/12/2002) |
| 03/18/2002 | 35 | MEMORANDUM OF LAW by Inter-Continental, Inter-Continental, and Inter-Continental in opposition to [30-1] motion for an order pursuant to Rule 56 of the FRCP granting plaintiff's partial summary judgment on the issue of liability. (kw) (Entered: 03/21/2002) |
| 03/18/2002 | 36 | AFFIDAVIT of Robert B. Wallace by Inter-Continental, Inter-Continental, and Inter-Continental in support of [35-1] opposition memorandum. (kw) (Entered: 03/21/2002) |
| 03/18/2002 | 37 | REPLY by Inter-Continental, Inter-Continental, and Inter-Continental Re: [32-1] rule 56.1 statement. (kw) (Entered: 03/21/2002) |
| 03/21/2002 | 38 | REPLY AFFIDAVIT of Paul A. Marber by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer Re: [35-1] opposition memorandum . (pl) (Entered: 03/25/2002) |
| 03/21/2002 | 39 | REPLY MEMORANDUM by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer in further support of re: [30-1] motion for an order pursuant to Rule 56 of the FRCP granting plaintiff's partial summary judgment on the issue of liability (pl) (Entered: 03/25/2002) |
| 03/21/2002 | 40 | AFFIDAVIT of Adel El Nabli (pl) (Entered: 03/25/2002) |
| 03/25/2002 | 41 | Memo-Endorsement on letter addressed to Judge Preska from Robert B. Wallace, dated 3/18/02; granting Mr. Wallace's request to file the orig. Inter-Continental Opposition to Pltffs' Motion for Partial Summary Judgment. ( signed by Judge Loretta A. Preska ); Copies mailed. (sac) (Entered: 03/26/2002) |
| 04/02/2002 | 43 | Letter filed by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer addressed to Judge Preska from Paul A. Marber, dated 4/1/02, re: IHC's application for leave to submit a sur-reply re plntf's motion for summary |

| | | |
|---|---|---|
| | | judgment (cd) (Entered: 04/10/2002) |
| 04/04/2002 | 42 | ORDER; after reviewing counsel's recent correspondence on the topic, defendant Inter-Continental Hotels may submit a surreply not to exceed five pages, souble-spaced ( signed by Judge Loretta A. Preska ); Copies mailed. (djc) (Entered: 04/05/2002) |
| 04/04/2002 | 44 | Letter filed by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer addressed to Judge Preska from Paul A. Marber, dated 3/26/02, re: copy of affidavit of Adel El Nabli . (bai) (Entered: 04/17/2002) |
| 04/15/2002 | 45 | SURREPLY by Inter-Continental to [30-1] motion for an order pursuant to Rule 56 of the FRCP granting plaintiff's summary judgment on the issue of liability (cd) (Entered: 04/19/2002) |
| 04/15/2002 | 46 | AFFIDAVIT of Robert Wallace by Inter-Continental in support of [45-1] motion response . (cd) (Entered: 04/19/2002) |
| 05/21/2002 | 47 | ORDER, that couonsel shall confer and inform the Court by letter no later than 5/31/02 of the status of settlement discussions . ( signed by Judge Loretta A. Preska ); Copies mailed. (tp) (Entered: 05/23/2002) |
| 06/10/2002 | 48 | Memo-Endorsement on letter addressed to Judge Preska from Charles J. Nolet, Jr., dated 5/30/02. Status report is adjourned to 6/7/02 regarding settlement discussions. Parties to go forward with depositions scheduled to commence on 6/10/02 . ( signed by Judge Loretta A. Preska ); Copies mailed. (kw) Modified on 06/13/2002 (Entered: 06/11/2002) |
| 06/10/2002 | | Deadline: Status report due on 6/7/02 . (kw) (Entered: 06/13/2002) |
| 06/20/2002 | 49 | Memo-Endorsement on letter addressed to Judge Preska from Robert B. Wallace, dated 6/6/02. Re: Mr. wallace writes that counsel are hopeful that this case can be resolved through settlement and propose that they report to the Court in the first week in July regarding a mediation schedule. Application accepted . ( signed by Judge Loretta A. Preska ); Copies mailed. (tp) (Entered: 06/24/2002) |
| 08/12/2002 | 50 | MEMORANDUM AND ORDER. denying [30-1] motion for an order pursuant to Rule 56 of the FRCP granting plaintiff's partial summary on the issue of liability; Counsel for all parties shall appear at a status conference on 10/21/02, at 9:30 a.m., Room 1320, United States District Court, SDNY, 500 Pearl Street, NY, NY ; ( signed by Judge Loretta A. Preska ); Copies mailed. (djc) (Entered: 08/13/2002) |
| 10/07/2002 | 51 | ORDER, that a final pretrial conference is scheduled for 9:00 a.m. on 2/11/03, in Courtroom 12A, 500 Pearl Street. The trial shall commence on 2/24/03 at 10:00 a.m. The Clerk of Court is directed to mail a copy of this notice to all counsel of record via certified mail, return receipt . ( signed by Judge Loretta A. Preska ); Mailed Copies of this Order to attorneys of record. Horrowitz #7001 2510 0005 6700 4583, returned on 10/10/02. Brett #7002 0860 0000 7598 6781, returned on 10/10/02. (tp) Modified on 10/17/2002 (Entered: 10/08/2002) |
| 10/22/2002 | 52 | ORDER, A final pretrial conference set for 9:00 4/7/03 ; Trial |

| | | |
|---|---|---|
| | | commencing at 10:00 a.m. on 4/21/03 in Courtroom 12A, 500 Pearl Street, New York ; The Clerk of Court is directed to mail a copy of this notice to all counsel of record via certified mail, return receipt requested . ( signed by Judge Loretta A. Preska ); Copies Mailed by Docket Clerk; sent copies of Order by certified mail nos. 70020860000075986460 and 70020860000075986477, ret. rec. req.: Returned on: 10/30/02. (ae) Modified on 11/19/2002 (Entered: 10/25/2002) |
| 01/07/2003 | 53 | NOTICE OF MOTION (filed on service date) by Inter-Continental for an Order bifurcating trial into 2 separate phases: liability and damages . Return Date not indicated. Memorandum of law in support attached. (yv) (Entered: 01/13/2003) |
| 01/07/2003 | 54 | NOTICE OF MOTION IN LIMINE (filed on service date) by Inter-Continental to exclude at trial any evidence of the subsequent installation of metal detectors at the Semiramis Hotel in Cairo Egypt . Return Date not indicated. Memorandum of law in support attached. (yv) (Entered: 01/13/2003) |
| 01/07/2003 | 55 | NOTICE OF MOTION (filed on service date) by Inter-Continental for an Order establishing and applying Egyptian substantive law in the instant case and hold that reasonableness is the applicable liability standard and, striking plaintiffs' claims for punitive damages and prejudgment interest . Return Date not indicated. Memorandum of law in support and exhibits 1-13 attached. (yv) Modified on 01/13/2003 (Entered: 01/13/2003) |
| 01/07/2003 | 56 | NOTICE OF MOTION IN LIMINE (filed on service date) by Inter-Continental to exclude at trial any evidence of facts and results of Egyptian proceedings . Return Date not indicated. Memorandum of law in support attached. (yv) Modified on 01/13/2003 (Entered: 01/13/2003) |
| 01/16/2003 | 57 | ORDER; A final pretrial conference will be held in this matter for 9:00 a.m. on 4/7/03, in courtroom 12A, 500 Pearl Street ; This matter is scheduled for trial commencing at 10:00 a.m. on 4/28/03 ; The Clerk of Court is directed to mail a copy of this notice to all counsel of record via certified mail, return receipt requested . ( signed by Judge Loretta A. Preska ); Harry P. Brett, Esq. #7002 0860 0000 7598 7474, return on 1/24/03. Barry W. Horowitz, Esq. #7002 0860 0000 7598 7481, return on 1/24/03. (jco) Modified on 05/22/2003 (Entered: 01/21/2003) |
| 02/04/2003 | 58 | Memo-Endorsement on letter addressed to Judge Preska from Harvey Weitz, dated 01/27/03; Plaintiff's Response to Motion reset for 2/21/03 re: [56-1] motion to exclude at trial any evidence of facts and results of Egyptian proceedings, for 2/21/03 re: [55-1] motion for an Order establishing and applying Egyptian substantive law in the instant case and hold that reasonableness is the applicable liability standard, for 2/21/03 re: [55-2] motion striking claims for punitive damages and prejudgment interest, for 2/21/03 re: [54-1] motion to exclude at trial any evidence of the subsequent installation of metal detectors at the Semiramis Hotel in Cairo Egypt, for 2/21/03 re: [53-1] motion for an Order bifurcating trial into 2 separate phases: liability and damages . ( signed by Judge Loretta A. Preska ); (djc) (Entered: 02/06/2003) |

| | | |
|---|---|---|
| 02/14/2003 | 59 | ORDER, defendant IHC has leave to file an amended motion that excludes references to the statements and assertions by Sherif Saad, Esquire in the Egyptian proceedings. Defendant IHC's amended motion shall be treated as if filed on 1/8/03, and plaintiffs' time to reply shall be the same as provided for the original motion . ( signed by Judge Loretta A. Preska ); Copies forwarded by Chambers. (kw) (Entered: 02/19/2003) |
| 02/14/2003 | 60 | Memo-Endorsement on letter addressed to Judge Preska from Robert B. Wallace, dated 2/11/03; granting dft. Inter-Continental Hotels Corp. proposed briefing schedule to resolve Plaintiffs' claim that Mr. Saad's Statements should be treated as admissions under Rule 801(d) of the Fed. of Evidence as follows: Dft's will serve a motion in Limine pursuant to Rule 104(a) to determine whether Mr. Saad's Statements should be treated as admission; plaintiffs should respond by 3/3/03; IHC's reply to response to motion deadline 3/13/03 ; if necessary, a 104(a) hearing should occur by 3/17/03 ; if plaintiffs contend they will need additional discovery, such discovery could take place, with Court approval, the last week in February and Plaintiffs' briefing schedule could be adjusted, if appropriate . ( signed by Judge Loretta A. Preska ); (pl) Modified on 02/21/2003 (Entered: 02/21/2003) |
| 02/14/2003 | 64 | NOTICE OF MOTION (filed on service date) by Inter-Continental for an order in limine to exclude at trial any evidence of the pleadings filed by Sherif Saad, Esq. in the claims filed in Egypt by the heirs of Fernand Bouland and Luigi Daga . No Return Date. Memorandum of points and authorities attached. (sb) (Entered: 02/24/2003) |
| 02/20/2003 | 61 | Memo-Endorsement on letter addressed to Judge Preska from Robert B. Wallace, dated 2/14/03. Granting defendant Inter-Continental Hotels Corporation's request for leave to file a motion in limine . ( signed by Judge Loretta A. Preska ); Copies mailed by Chambers. (kw) (Entered: 02/24/2003) |
| 02/20/2003 | 62 | Memo-Endorsement on letter addressed to Judge Preska from Harvey Weitz, dated 2/13/03. Granting plaintiffs' request to response to counseler Mr. Wallace's motion in limine on 3/5/03 . ( signed by Judge Loretta A. Preska ); Copies mailed by Chambers. (kw) (Entered: 02/24/2003) |
| 02/20/2003 | 63 | Memo-Endorsement on letter addressed to Judge Preska from Harvey Weitz, dated 2/14/03. Granting plaintiffs' request for an extension until 3/12/03 to response to counseler's motion in limine . ( signed by Judge Loretta A. Preska ); Copies mailed by Chambers. (kw) (Entered: 02/24/2003) |
| 02/21/2003 | 65 | MEMORANDUM OF LAW by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer in opposition to [54-1] motion to exclude at trial any evidence of the subsequent installation of metal detectors at the Semiramis Hotel in Cairo Egypt . (laq) (Entered: 02/25/2003) |
| 02/21/2003 | 66 | MEMORANDUM OF LAW by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer in opposition to [53-1] motion for an Order bifurcating trial into 2 separate phases: liability and damages . (laq) |

| | | (Entered: 02/25/2003) |
|---|---|---|
| 02/24/2003 | 67 | MEMORANDUM OF LAW by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer in opposition to [56-1] motion to exclude at trial any evidence of facts and results of Egyptian proceedings . (db) (Entered: 02/26/2003) |
| 02/24/2003 | 68 | MEMORANDUM OF LAW by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer in opposition to [55-1] motion for an Order establishing and applying Egyptian substantive law in the instant case and hold that reasonableness is the applicable liability standard, [55-2] motion striking plaintiffs' claims for punitive damages and prejudgment interest . (db) (Entered: 02/26/2003) |
| 02/25/2003 | 69 | AMENDED NOTICE OF MOTION by Inter-Continental in limine to exclude evidence of facts and results of Egyptian proceedings ; Return Date not indicated (Amending: [64-1] motion for an order in limine to exclude at trial any evidence of the pleadings filed by Sherif Saad, Esq. in the claims filed in Egypt by the heirs of Fernand Bouland and Luigi Daga .) (cd) (Entered: 02/27/2003) |
| 03/03/2003 | 70 | Memo-Endorsement on letter addressed to Judge Preska from Harvey Weitz, dated 2/26/03. Plaintiffs have no objection to defendants' request for 3 weeks (or until 3/14/03) to file its reply briefs to the oppositions filed by plaintiffs on 2/21/03, however, they request an extension of time to prepare the pre-trial order. In addition, the time to file the joint pre-trial order is extended to 4/14/03. ( signed by Judge Loretta A. Preska ); Copies mailed by Chambers. (sb) (Entered: 03/04/2003) |
| 03/11/2003 | 71 | ORDER, the matter is scheduled for trial commencing at 10:00 on 4/28/03, in Courtroom 12A, 500 Pearl St., NY NY ( signed by Judge Loretta A. Preska ); (cd) (Entered: 03/12/2003) |
| 03/12/2003 | 72 | MEMORANDUM OF LAW by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer in opposition to [64-1] motion for an order in limine to exclude at trial any evidence of the pleadings filed by Sherif Saad, Esq. in the claims filed in Egypt by the heirs of Fernand Bouland and Luigi Daga. (db) (Entered: 03/13/2003) |
| 03/17/2003 | 73 | Memo-Endorsement on letter addressed to Judge Preska from Robert B. Wallace, dated 3/12/03, the oversize briefs are approved without prejudice to plntfs' requesting an opportunity to respond to new material ( signed by Judge Loretta A. Preska ); (cd) (Entered: 03/18/2003) |
| 03/17/2003 | 74 | Memo-Endorsement on letter addressed to Judge Preska from Robert B. Wallace, dated 3/6/03 Re: withdrawing [54-1] motion to exclude at trial any evidence of the subsequent installation of metal detectors at the Semiramis Hotel in Cairo Egypt ( signed by Judge Loretta A. Preska ); (cd) (Entered: 03/18/2003) |
| 03/17/2003 | 75 | REPLY by Inter-Continental, Inter-Continental to pltffs' opposition to motion to bifurcate trial into liability and damages. (db) (Entered: 03/19/2003) |

| 03/17/2003 | 76 | REPLY by Inter-Continental, Inter-Continental to pltffs' memorandum of law in opposition to dft's amended motion in limine to exclude evidence of facts and results of egyptian proceedings. (db) (Entered: 03/19/2003) |
| 03/17/2003 | 77 | REPLY by Inter-Continental, Inter-Continental to pltffs' memorandum of law in opposition to dft's motion to establish and apply Egyptian substantive law. (db) (Entered: 03/19/2003) |
| 03/26/2003 | 78 | REPLY MEMORANDUM in support by Inter-Continental re: [69-1] amended motion in limine to exclude evidence of facts and results Egyptian proceedings . (cd) (Entered: 03/28/2003) |
| 04/03/2003 | 79 | SUR-REPLY by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer to [55-1] motion for an Order establishing and applying Egyptian substantive law in the instant case and hold that reasonableness is the applicable liability standard, [55-2] motion striking plaintiffs' claims for punitive damages and prejudgment interest. (sb) (Entered: 04/04/2003) |
| 04/03/2003 | 80 | SUR-REPLY by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer to [69-1] amended motion in limine to exclude evidence is of facts and results of Egyptian proceedings. (sb) (Entered: 04/04/2003) |
| 04/03/2003 | 81 | SUR-REPLY by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer to [64-1] motion for an order in limine to exclude at trial any evidence of the pleadings filed by Sherif Saad, Esq. in the claims filed in Egypt by the heirs of Fernand Bouland and Luigi Daga. (sb) (Entered: 04/04/2003) |
| 04/03/2003 | 82 | NOTICE OF MOTION [filed on service date] by Inter-Continental, Inter-Continental, Inter-Continental, Semiramis Hotel Corp, Saison Holdings, B.V, Saison Corporation; for an Order to admit Stephen H. Helvin to appear pro hac vice . Return Date not indicated. (jco) Modified on 04/07/2003 (Entered: 04/07/2003) |
| 04/08/2003 | 83 | MEMORANDUM AND ORDER; granting [53-1] motion for an Order bifurcating trial into 2 separate phases: liability and damages; ( signed by Judge Loretta A. Preska ); (djc) (Entered: 04/09/2003) |
| 04/14/2003 | 84 | MEMORANDUM AND ORDER, granting [64-1] motion for an order in limine to exclude at trial any evidence of the pleadings filed by Sherif Saad, Esq. in the claims filed in Egypt by the heirs of Fernand Bouland and Luigi Daga. ( signed by Judge Loretta A. Preska ); (kw) (Entered: 04/15/2003) |
| 04/15/2003 | 101 | NOTICE OF MOTION [filed on service date] by Inter-Continental, Inter-Continental, Inter-Continental; for an Order for Erin Jeanne Ashbarry to appear pro hac vice . Return Date not indicated. (jco) (Entered: 05/19/2003) |
| 04/16/2003 | 85 | ORDER, that for the reasons set forth, the Court is granting defendant's [69-1] amended motion in limine to exclude evidence of facts and results of Egyptian proceedings. ( signed by Judge Loretta A. Preska ). (tp) (Entered: 04/18/2003) |

Case 1:08-mc-09083-RBW   Document 1-4   Filed 02/19/2008   Page 14 of 19

| 04/16/2003 | 86 | MEMORANDUM AND ORDER, that for the reasons set forth, Defendant's [55-1,2] motion in limine is granted. Thge applicable liability standard to be applied at trial is reasonableness under New York law, and plaintiffs' claims for punitive damages and prejudgment interest are hereby stricken. ( signed by Judge Loretta A. Preska ). (tp) Modified on 04/18/2003 (Entered: 04/18/2003) |
| 04/16/2003 | 104 | NOTICE OF MOTION [filed on service date] by Inter-Continental, Inter-Continental, Inter-Continental; for an Order dismissing each of the named defendants, other than IHC . Return Date not indicated. (jco) Modified on 05/19/2003 (Entered: 05/19/2003) |
| 04/16/2003 | 105 | NOTICE OF MOTION [filed on service date] by Inter-Continental, Inter-Continental, Inter-Continental; for an Order in limine to exclude at trial certain testimony of plaintiffs' hotel secureity expert, Harold F. Smith . Return Date not indicated. 3:30. (jco) Modified on 05/19/2003 (Entered: 05/19/2003) |
| 04/22/2003 | 87 | NOTICE OF MOTION (FILED ON SERVICE DATE) by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer in limine to exclude testimony of defense expert Frank Anderson . Return Date not indicated. (moc) (Entered: 04/23/2003) |
| 04/22/2003 | 88 | NOTICE OF MOTION (FILED ON SERVICE DATE) by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer in limine to exclude testimony of Robert O'Brien . Return Date not indicated. (moc) (Entered: 04/23/2003) |
| 04/22/2003 | 89 | NOTICE OF MOTION (FILED ON SERVICE DATE) by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer in limine to exclude testimony of Jerald Post . Return Date not indicated. (moc) (Entered: 04/23/2003) |
| 04/22/2003 | 90 | AFFIRMATION of Harvey Weitz by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer in opposition to defendant's motion in limine to exclude testimony of plaintiffs' expert Stanley Bedlington. (moc) (Entered: 04/24/2003) |
| 04/22/2003 | 91 | AFFIRMATION of Harvey Weitz by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer in opposition to defendant's motion in limine to excludde all evidence relating to the 1977 attack by Saber Farahat. (moc) (Entered: 04/24/2003) |
| 04/22/2003 | 92 | AFFIRMATION of Harvey Weitz by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer in opposition to defendant's motion in limine to exclude testimony of plaintiffs' expert Harold Smith. (moc) (Entered: 04/24/2003) |
| 04/22/2003 | 93 | RESPONSE by Karen Guidi, Eve Hoffman, Merrill Kramer, Lois Kramer in opposition to Defendant IHC's motion to dismiss the actions against the non-answering defendants. (moc) (Entered: 04/24/2003) |
| 04/22/2003 | 94 | NOTICE OF MOTION (filed on service date) by Inter-Continental, Inter- |

| | | Continental, Inter-Continental, Semiramis Hotel Corp, Saison Holdings, B.V, Saison Corporation for an Order granting the admission pro hac vice of Erin Jeanne Ashbarry . Return Date not indicated. Affirmation of Erin J. Ashbarry in support attached. (yv) (Entered: 04/24/2003) |
|---|---|---|
| 04/24/2003 | 95 | Defendant Inter Continental Hotels Corp.'s opposition to [88-1] motion in limine to exclude testimony of Robert O'Brien (dle) (Entered: 04/25/2003) |
| 04/24/2003 | 96 | Defendant Inter-Continental Hotels Corporation's opposition to plaintiffs [87-1] motion in limine to exclude testimony of defense expert Frank Anderson (dle) (Entered: 04/25/2003) |
| 04/24/2003 | 97 | Defendant Inter-Continental Hotels Corporation's opposition to plaintiffs' [89-1] motion in limine to exclude testimony of Jerald Post (dle) (Entered: 04/25/2003) |
| 04/24/2003 | | Memo endorsed on motion; That the Court is granting the [82-1] motion for an Order to admit Stephen H. Helvin to appear pro hac vice. ( by Judge Loretta A. Preska ); FORWARDED DOCUMENT TO ATTORNEY ADMISSIONS CLERK. (tp) (Entered: 04/28/2003) |
| 04/28/2003 | 98 | Letter filed by Inter-Continental, Inter-Continental, Inter-Continental, Semiramis Hotel Corp, Saison Holdings, B.V, Saison Corporation addressed to the Clerk of Court from Robert B. Wallace, dated 4/9/03; Re: enclosed find the following documents stated, which IHC requests be deemed as filed. (sac) (Entered: 05/01/2003) |
| 04/28/2003 | | Jury Trial begun before Judge Loretta A. Preska. (kw) (Entered: 05/30/2003) |
| 04/29/2003 | | Jury Trial held before Judge Loretta A. Preska. (kw) (Entered: 05/30/2003) |
| 04/30/2003 | | Jury Trial held before Judge Loretta A. Preska. (kw) (Entered: 05/30/2003) |
| 05/01/2003 | | Jury Trial held before Judge Loretta A. Preska. (kw) (Entered: 05/30/2003) |
| 05/02/2003 | | Memo endorsed on motion; granting [94-1] motion for an Order granting the admission pro hac vice of Erin Jeanne Ashbarry. ( signed by Judge Loretta A. Preska ); Sent orig. doc. to the Attorney Admissions Clerk. (ae) (Entered: 05/05/2003) |
| 05/02/2003 | | (Court only) **Added for plaintiff Karen Guidi, plaintiff Eve Hoffman, plaintiff Merrill Kramer, plaintiff Lois Kramer : Attorney(s) Erin J. Ashbarry. (ae) (Entered: 05/05/2003) |
| 05/02/2003 | | Jury Trial held before Judge Loretta A. Preska. (kw) (Entered: 05/30/2003) |
| 05/05/2003 | | Jury Trial held before Judge Loretta A. Preska. (kw) (Entered: 05/30/2003) |

| | | |
|---|---|---|
| 05/06/2003 | | Jury Trial held before Judge Loretta A. Preska. (kw) (Entered: 05/30/2003) |
| 05/07/2003 | | Jury Trial held before Judge Loretta A. Preska. (kw) (Entered: 05/30/2003) |
| 05/08/2003 | | Jury Trial held before Judge Loretta A. Preska. (kw) (Entered: 05/30/2003) |
| 05/09/2003 | | Jury Trial held before Judge Loretta A. Preska. (kw) (Entered: 05/30/2003) |
| 05/12/2003 | | Jury Trial held before Judge Loretta A. Preska. (kw) (Entered: 05/30/2003) |
| 05/13/2003 | | Jury Trial held before Judge Loretta A. Preska. (kw) (Entered: 05/30/2003) |
| 05/14/2003 | 99 | MEMORANDUM OF LAW by Inter-Continental in support of its application for judgment as a matter of law. (jco) (Entered: 05/16/2003) |
| 05/14/2003 | 100 | MEMORANDUM OF LAW by Inter-Continental, Inter-Continental, Inter-Continental, Semiramis Hotel Corp, Saison Holdings, B.V, Saison Corporation in support of motion for directed verdict based upon the act of state doctrine. (jco) (Entered: 05/16/2003) |
| 05/14/2003 | | Jury Trial concluded before Judge Loretta A. Preska. (kw) (Entered: 05/28/2003) |
| 05/14/2003 | | JURY VERDICT for Inter-Continental, Inter-Continental, Inter-Continental (kw) (Entered: 05/28/2003) |
| 05/15/2003 | 102 | MEMORANDUM OF Points and authorities in support of defendant inter-continental hotal corporation's motion in limine to exclude all evidence relating to the 1997 atach by Saber Farahat. (jco) (Entered: 05/19/2003) |
| 05/15/2003 | 103 | MEMORANDUM OF Points and authorities in support of defendant inter-continental hotels corporation's motion in limine to exclude testimony of Stanley S. Bedington, Ph.D. (jco) (Entered: 05/19/2003) |
| 05/15/2003 | 106 | MEMORANDUM OF LAW by Inter-Continental, Inter-Continental, Inter-Continental in support of [105-1] motion for an Order in limine to exclude at trial certain testimony of plaintiffs' hotel secureity expert, Harold F. Smith. (jco) (Entered: 05/19/2003) |
| 05/27/2003 | 107 | JUDGMENT that the Complaint is dismissed. ( signed by Judge Loretta A. Preska ). Mailed copies and notice of right to appeal. Entered On Docket: 5/28/03. (kw) (Entered: 05/28/2003) |
| 05/27/2003 | | Case closed. (kw) (Entered: 05/28/2003) |
| 06/03/2003 | 111 | Transcript of record of proceedings before Judge Loretta A. Preska for the date(s) of 4/16/03. (pr) (Entered: 06/18/2003) |
| | | |

| 06/17/2003 | 108 | Transcript of record of proceedings before Judge Loretta A. Preska for the date(s) of April 28,29,30,2003, May 5, 2003. (pr) (Entered: 06/17/2003) |
| 06/17/2003 | 109 | Transcript of record of proceedings before Judge Loretta A. Preska for the date(s) of May 6,7,8,9,12, 2003. (pr) (Entered: 06/17/2003) |
| 06/17/2003 | 110 | Transcript of record of proceedings before Judge Loretta A. Preska for the date(s) of May 13,14, 2003. (pr) (Entered: 06/17/2003) |
| 06/17/2003 | 113 | NOTICE OF APPEAL by Eve Hoffman, Individually and as Executrix of the Estate of Robert L. Guidi, Coby M. Hoffman, Merrill Kramer and Lois Kramer ; from ; [107-1] judgment order . Copies of notice of appeal mailed to Attorney(s) of Record: Stephen H. Helvin and Harry P. Brett. $105.00 Appeal filing fee paid 6/17/03 on receipt # E 476943. (dt) (Entered: 06/30/2003) |
| 06/20/2003 | 115 | NOTICE OF APPEAL by Merrill Kramer from [107-1] judgment order . Copies of notice of appeal mailed to Attorney(s) of Record: Stephen H. Helvin and Harry P. Brett. $105.00 Appeal filing fee paid 6/20/03 on receipt # E 477230. (dt) (Entered: 07/02/2003) |
| 06/23/2003 | 112 | Notice of Bill of costs. (sb) (Entered: 06/24/2003) |
| 06/23/2003 | 116 | NOTICE OF APPEAL by Karen Guidi from [107-1] judgment order . Copies of notice of appeal mailed to Attorney(s) of Record: Stephen H. Helvin and Harry P. Brett. $105.00 Appeal filing fee paid 6/23/03 on receipt # E 477359. (dt) (Entered: 07/02/2003) |
| 06/23/2003 | 117 | NOTICE OF APPEAL by Lois Kramer from [107-1] judgment order . Copies of notice of appeal mailed to Attorney(s) of Record: Stephen H. Helvin and Harry P. Brett. $105.00 Appeal filing fee paid 6/23/03 on receipt # E 477358. (dt) (Entered: 07/02/2003) |
| 06/30/2003 | | Notice of appeal and certified copy of docket to USCA: [113-1] appeal by Eve Hoffman ; Copy of notice of appeal sent to District Judge. (dt) (Entered: 06/30/2003) |
| 06/30/2003 | 114 | Notice that the record on appeal has been certified and transmitted to the U.S. Court of Appeals: [113-1] appeal by Eve Hoffman. (dt) (Entered: 06/30/2003) |
| 06/30/2003 | | by Eve Hoffman, Indexed record on appeal files sent to the U.S.C.A. (dt) (Entered: 06/30/2003) |
| 07/02/2003 | | Notice of appeal and certified copy of docket to USCA: [115-1] appeal by Merrill Kramer ; Copy of notice of appeal sent to District Judge. (dt) (Entered: 07/02/2003) |
| 07/02/2003 | | Notice of appeal and certified copy of docket to USCA: [116-1] appeal by Karen Guidi ; Copy of notice of appeal sent to District Judge. (dt) (Entered: 07/02/2003) |
| 07/02/2003 | | Notice of appeal and certified copy of docket to USCA: [117-1] appeal |

| | | by Lois Kramer ; Copy of notice of appeal sent to District Judge. (dt) (Entered: 07/02/2003) |
|---|---|---|
| 07/02/2003 | 118 | Notice that the record on appeal has been certified and transmitted to the U.S. Court of Appeals: [117-1] appeal by Lois Kramer, [116-1] appeal by Karen Guidi, [115-1] appeal by Merrill Kramer. (dt) (Entered: 07/02/2003) |
| 07/02/2003 | | by Karen Guidi, Merrill Kramer and Lois Kramer, Indexed record on appeal files sent to the U.S.C.A. (dt) (Entered: 07/02/2003) |
| 03/29/2005 | 119 | MANDATE of USCA (Certified Copy) as to 117 Notice of Appeal filed by Lois Kramer,, 116 Notice of Appeal filed by Karen Guidi,, 115 Notice of Appeal filed by Merrill Kramer,, 113 Notice of Appeal, filed by Eve Individually, and as Executrix of the Estate of Coby M. Hoffman,, USCA Case Number 03-7668(L),03-7684(CON),03-7686(CON)03-7688(CON). Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED. MACKECHNIE, Clerk USCA. Issued As Mandate: 3/22/05. Statement of costs taxed in the amount of $7,012.80 in favor of appellees Inter-Continental attached. (pr, ) (Entered: 03/31/2005) |
| 03/29/2005 | 120 | BILL OF COSTS docketed as Judgment #05,0686 on 4/13/05 for the sum of $7,,012.80.Attached to USCA Mandate doc. # 119.(pr, ) (Entered: 04/15/2005) |
| 03/31/2005 | | Transmission of USCA Mandate/Order to the District Judge re: 119 USCA Mandate,,. (pr, ) (Entered: 03/31/2005) |
| 05/12/2005 | | Appeal Record Returned. Indexed record on Appeal Files for 113 Notice of Appeal, filed by Eve Individually, and as Executrix of the Estate of Coby M. Hoffman,, USCA Case Number 03-7668, returned from the U.S. Court of Appeals. (pr, ) (Entered: 05/12/2005) |
| 05/13/2005 | 121 | BILL OF COSTS docketed as Judgment #05,0913 on 5/13/03 in favor of defendants against plaintiffs for the sum of $18,663.09.(djc, ) (Entered: 05/16/2005) |
| 09/12/2005 | 122 | NOTICE of Appearance by Thomas J. McCormack on behalf of Merrill Kramer, Lois Kramer (pl, ) (Entered: 09/16/2005) |
| 09/23/2005 | 123 | ENDORSED LETTER addressed to Juge Loretta A. Preska from Robert B. Wallace dated 9/21/05 re: deft's opposition will be due 10/3/05. Pltf's reply will be due 10/10/05. ENDORSEMENT: So Ordered. (Signed by Judge Loretta A. Preska on 9/23/05) (kco, ) (Entered: 09/26/2005) |
| 09/23/2005 | 124 | MEMO ENDORSEMENT: It was not the Court's initial intent to require oral argument on the Kramers' motion for relief from the judgment. If any party desires argument, that party should inform the Court promptly. (Signed by Judge Loretta A. Preska on 9/23/2005) (lb, ) (Entered: 09/26/2005) |
| 10/04/2005 | 125 | MEMORANDUM OF LAW in Support of Defendants' Opposition to Plaintiffs Merrill and Lois Kramer's Motion for relief from judgment. Document filed by Inter-Continental Hotels Corporation(a Delaware |

| | | |
|---|---|---|
| | | Corporation), Inter-Continental Hotels Corporation(a Corporation of the United Kingdom). Received in the night deposit box on 10/4/05 at 5:19 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/04/2005 | ◑126 | AFFIDAVIT of Robert B. Wallace in Support re: 125 MEMORANDUM OF LAW in Support of Defendants' Opposition to Plaintiffs Merrill and Lois Kramer's Motion for relief from judgment. Document filed by Inter-Continental Hotels Corporation(a Delaware Corporation), Inter-Continental Hotels Corporation(a Corporation of the United Kingdom). Received in the night deposit box on 10/4/05 at 5:19 p.m.. (sac, ) (Entered: 10/06/2005) |
| 10/11/2005 | ◑127 | REPLY MEMORANDUM OF LAW in further Support of motion of plaintiffs Merrill Kramer and Lois Kramer for relief from judgment. Document filed by Merrill Kramer, Lois Kramer. (jmi, ) (Entered: 10/12/2005) |
| 05/03/2007 | ◑128 | ORDER: Defendants have the right to seek full payment of the cost award from any plaintiffs they choose. The Kramers have not demonstrated any reason that General rule should be abrogated. Accordingly the Kramers' motion for relief from May 13, 2005 Judgement is DENIED. (Signed by Judge Loretta A. Preska on 5/2/07) (js) (Entered: 05/04/2007) |

CERTIFIED AS A TRUE COPY ON

THIS DATE _12/04/07_

BY _John A. Russo_

( ) **Clerk**

(✗) **Deputy**

PUBLIC DOCKET FOR
Second Circuit Court of Appeals

                                                          LEAD
                                                          CLOSED

Court of Appeals Docket #:  03-7668-cv

Nsuit:    360      TORTS INJURY-Other Personal

Guidi v. Inter-Continental                                Filed:  7/1/03

Appeal from:  SDNY (NEW YORK CITY)

**Case type information:**

    Civil

    Private

    None

**Lower court information:**

    District:       95-cv-9006

    Trial Judge:   Loretta A. Preska

    MagJudge:

    Date Filed:    10/20/95

    Date order/judgement:   5/27/2003

    Date NOA filed:    6/17/2003

**Fee status:** Paid

**Panel Assignment:**

Panel:    RJM  JMW  JAC        40 Foley Sq. Rm 170

**Date of decision:**  1/4/05

**Prior cases:**    NONE

**Current cases:**   NONE

Proceedings include all events.  03-7668-cv  Guidi v. Inter-Continental

CLOSED

Official Caption 1/
------------------
Docket No. [s] : 03-7668(L), 03-7684(CON), 03-7686(CON), 03-7688(CON)


KAREN GUIDI, Individually and as Executrix of the Estate
of Robert L. Guidi, EVE HOFFMAN, Individually and as Executrix
of the Estate of Coby M. Hoffman, MERRILL KRAMER, LOIS
KRAMER,

        Plaintiffs-Appellants,


v.


INTER-CONTINENTAL HOTELS CORPORATION, a Delaware
Corporation, INTER-CONTINENTAL HOTELS CORPORATION, a
corporation of the United Kingdom, INTER-CONTINENTAL HOTELS
& RESORT CORPORATION, SEMIRAMIS HOTEL CORP., SAISON HOLDINGS,
B.V, SAISON CORPORATION,

        Defendants-Appellees.




Authorized Abbreviated Caption 2/
---------------------------------------------
Docket No. [s] : 03-7668(L), 03-7684(CON), 03-7686(CON), 03-7688(CON)

GUIDI V. INTER-CONTINENTAL

---------------------------------------------
1/ Fed. R. App. P. Rule 12 [a] and 32 [a].
2/ For use on correspondence and motions only.


                               1

CLOSED

**Eve  Hoffman**
Plaintiff-Appellant

> Donald B. Susswein Esq.
> [ LD ret ]
> Donald Susswein & Associates
> Georgetown Place, 1101 30th Street, N.W., Suite 500
> Washington , DC , 20007
> 202-329-3488

**Inter-Continental**
Defendant-Appellee

> Robert B. Wallace Esq.
> [ n ]
> Wilson, Elser, Moskowitz,, Edelman & Dicker
> 1341 G St., NW
> Washington  , DC , 20005
> 202-626-7666

**Inter-Continental H**
Defendant-Appellee

> Robert B. Wallace Esq.(See above)
> [ LD ret ]

**Karen  Guidi**
Plaintiff-Appellant

> Donald B. Susswein Esq.(See above)
> [ LD ret ]

**Lois  Kramer**
Plaintiff-Appellant

Proceedings include all events.  03-7668-cv  Guidi v. Inter-Continental

Donald B. Susswein Esq.(See above)
⌈ LD ret ⌉


**Merrill  Kramer**
Plaintiff-Appellant

Donald B. Susswein Esq.(See above)
⌈ LD ret ⌉


**Saison Corporation**
Defendant-Appellee

Robert B. Wallace Esq.(See above)
⌈ ret ⌉


**Saison Holdings, B.V**
Defendant-Appellee

Robert B. Wallace Esq.(See above)
⌈ ret ⌉


**Semiramis Hotel Corp**
Defendant-Appellee

Robert B. Wallace Esq.(See above)
⌈ ret ⌉

| | |
|---|---|
| 7/1/03 | Copy of notice of appeal and district court docket entries on behalf of Appellant Eve Hoffman filed. [03-7668] [Entry date Jul 9 2003 ] |
| 7/1/03 | Note: This appeal was PRO SE when filed. [Entry date Jul 9 2003 ] |
| 7/1/03 | Copy of receipt re: payment of docketing fee filed on behalf of Appellant Eve Hoffman receipt #: E 476943. [03-7668] [Entry date Jul 9 2003 ] |
| 7/1/03 | Copy of district court judgment dated May 27,2003, endorsed by Hon. Preska, USDJ RECEIVED. [03-7668] [Entry date Jul 9 2003 ] |
| 7/1/03 | Record on appeal filed. (Original papers of district court.) Number of volumes: 12 [Entry date Jul 9 2003 ] |
| 7/1/03 | Note PRIOR case number(s): 97-7973, 99-7623 [Entry date Jul 9 2003 ] |
| 7/8/03 | 1st supplemental record on appeal filed. Volumes: 1. [Entry date Jul 24 2003 ] |
| 7/10/03 | Record on appeal received in records room from team. (10 volumes). [Entry date Jul 10 2003 ] |
| 7/16/03 | Notice of appeal acknowledgment letter from Robert B. Wallace for Appellee Inter-Continental received. [Entry date Oct 8 2003 ] |
| 7/24/03 | The CAPTION PAGE for this appeal has been AMENDED. [Entry date Jul 24 2003 ] |
| 7/28/03 | Record on appeal received in records room from team. (1 volume, 1st supp). [Entry date Jul 28 2003 ] |
| 8/4/03 | Notice of appeal acknowledgment letter from Eve Hoffman for Appellant Eve Hoffman in 03-7668 received. [Entry date Aug 5 2003 ] |
| 9/3/03 | Notice of appeal acknowledgment letter from Merrill Kramer for Appellant Merrill Kramer in 03-7668, Merrill Kramer for Appellant Merrill Kramer in 03-7684, Appellee Inter-Continental, Appellee Inter-Continental in 03-7686, Karen Guidi for Appellant Karen Guidi in 03-7686 received. [Entry date Sep 24 2003 ] |
| 9/3/03 | Notice of appeal acknowledgment letter from Lois Kramer for Appellant Lois Kramer in 03-7668, Lois Kramer for Appellant Lois Kramer in 03-7688 received. [Entry date Sep 24 2003 ] |

Proceedings include all events.   03-7668-cv   Guidi v. Inter-Continental

CLOSED

| | |
|---|---|
| 2/20/04 | Scheduling order #1 filed. Appellants brief due 3/22/2004. Appellees brief due 4/20/2004. Ready week 6/1/2004. [Entry date Mar 17 2004 ] |
| 2/20/04 | Notice to counsel/pro se re: scheduling order # 1 dated February 20, 2004. [Entry date Feb 20 2004 ] |
| 3/15/04 | Appellant  Merrill Kramer motion for extended time to file the brief and appendix filed with proof of service.  [Entry date Mar 17 2004 ] |
| 3/29/04 | Order FILED GRANTING motion for extended time by Appellant Merrill Kramer, endorsed on motion dated 3/15/2004 Extended Appellants brief due is 4/26/2004. Extended Appellees brief due is 5/26/2004. Extended Ready week is 6/14/2004. (cjm)  [Entry date Mar 30 2004 ] |
| 4/26/04 | APPELLANTS  Eve Hoffman,  Karen Guidi,  Lois Kramer,  Merrill Kramer,  brief and special appendix FILED with proof of service. [Entry date May 27 2004 ] |
| 4/26/04 | APPELLANTS  Eve Hoffman,  Karen Guidi,  Lois Kramer,  Merrill Kramer,  appendix filed w/pfs.  [Entry date May 27 2004 ] |
| 5/26/04 | APPELLEE   Inter-Continental,  Inter-Continental H,  Saison Corporation,  Saison Holdings, B.V,  ET AL , appendix filed. [Entry date May 28 2004 ] |
| 5/26/04 | APPELLEE   Inter-Continental,  Inter-Continental H,  Saison Corporation,  Saison Holdings, B.V,  ET AL , brief and special appendix filed with proof of service. [Entry date May 28 2004 ] |
| 6/14/04 | APPELLANTs  Eve Hoffman,  Karen Guidi,  Lois Kramer,  Merrill Kramer,  reply brief, filed with proof of service.  [Entry date Jun 22 2004 ] |
| 6/18/04 | Letter received, dated 6/15/04, re: Incorrect attorney and address on docket sheet.  Please correct attorney for appellants to be Robert B. Wallace, Wilson, Elser, Moskowitz, Edelman, & Dicker, LLP, 1341 G Street., N.W., Suite 500, Washington, D.C. 20005, (202) 626-7667. [Entry date Jun 21 2004 ] |
| 7/27/04 | Proposed for argument the week of September 27, 2004, B Panel. [Entry date Jul 27 2004 ] |
| 8/4/04 | **ORIGINAL**Argument as early as week of 6/1/04.  [Entry date Aug 4 2004 ] |
| 8/4/04 | Proposed for argument the week of 10/04/04. [Entry date Aug 4 2004 ] |

Proceedings include all events.    03-7668-cv    Guidi v. Inter-Continental

CLOSED

| | |
|---|---|
| 8/9/04 | Letter received dated 8/6/04, from Donald B. Susswein, re: Mr. Donald B. Susswein has been retained to represent appellants in this matter. All services of notice shall be made upon him, Donald B. Susswein, Esq., c/o Merrill and Lois Kramer, 8112 Tomlinson Avenue, Bethesda, MD 20817. [Entry date Aug 18 2004 ] |
| 8/9/04 | Notice of appearance form on behalf of Donald Susswein , Esq., filed. (Orig in acco, copy to Calendar) [Entry date Aug 18 2004 ] |
| 8/20/04 | Set for argument on 10/7/04. [Entry date Aug 20 2004 ] |
| 8/24/04 | APPELLANT  Eve Hoffman, Karen Guidi, Lois Kramer,  Merrill Kramer,  Form C filed, with proof of service.  [Entry date Sep  2 2004 ] |
| 8/24/04 | APPELLANT  Eve Hoffman, Karen Guidi, Lois Kramer,  Merrill Kramer,  Form D filed, with proof of service.  [Entry date Sep  2 2004 ] |
| 10/7/04 | Case heard before WALKER, CH.J; MINER, CABRANES, C.JJ CD DATE: 10/7/04 [Entry date Oct  7 2004 ] |
| 10/15/04 | Letter received from Merrill Kramer requesting an oral argument tape. Fee pd  Forwarded to calendar  174641 [Entry date Oct 15 2004 ] |
| 10/18/04 | Letter received from Robert B. Wallace requesting tape of the oral argument.  Fee Paid. Forwarded to Calendar.  Receipt # 174664. [Entry date Oct 18 2004 ] |
| 10/19/04 | Supplemental authorities from  APPELLANT Eve Hoffman,  Karen Guidi, Lois Kramer, Merrill Kramer,  received. [Entry date Oct 20 2004 ] |
| 10/19/04 | Oral argument tape mailed to  Robert Wallace . [Entry date Oct 19 2004 ] |
| 10/20/04 | Oral argument tape mailed to Merrill Kramer [Entry date Oct 20 2004 ] |
| 10/29/04 | Letter received from Robert B. Wallace, dated 10/29/04, in response to Mr. Susswein's October 14, 2004 letter. [Entry date Nov  1 2004 ] |
| 1/4/05 | Judgment filed; judgment of the district court is AFFIRMED by detailed order of the court without opinion filed.  (JMW)  [Entry date Jan  4 2005 ] |
| 1/4/05 | Notice to counsel in re: Summary order filed 1/4/05. [Entry date Jan 4 2005 ] |

Proceedings include all events.  03-7668-cv   Guidi v. Inter-Continental

CLOSED

| | |
|---|---|
| 1/14/05 | APPELLEE   Inter-Continental,  Inter-Continental H,  Saison Corporation,   Saison Holdings, B.V,  ET AL , itemized and verified bill of costs received, w/pfs.  [Entry date Jan 18 2005 ] |
| 1/18/05 | Appellant  Eve Hoffman, Appellant  Lois Kramer, Appellant  Merrill Kramer, et al Petition for rehearing filed with proof of service. petition for rehearing en banc filed with proof of service.  [Entry date Jan 18 2005 ] |
| 3/15/05 | Order FILED DENYING motion petition for rehearing en banc by Appellant  Eve Hoffman, Appellant  Lois Kramer, Appellant  Merrill Kramer, Appellant  Karen Guidi, endorsed on motion dated 1/18/2005. AA   [Entry date Mar 15 2005  ] |
| 3/15/05 | Notice to counsel in re: Order filed 3/15/05 DENYING appellants petition for rehearing en banc. [Entry date Mar 15 2005 ] |
| 3/17/05 | APPELLEE   Inter-Continental,  Inter-Continental H,  Saison Corporation,   Saison Holdings, B.V,  ET AL , statement of costs taxed in the amount of $7012.80 filed.  [Entry date Mar 17 2005  ] |
| 3/22/05 | Judgment MANDATE ISSUED. CLOSED  [Entry date Mar 22 2005 ] |
| 3/22/05 | Notice to counsel in re: Mandate issued 3/22/05.  [Entry date Mar 22 2005  ] |
| 3/28/05 | Acco received in records room from team.  Number of volumes:1 [Entry date Mar 28 2005  ] |
| 5/3/05 | Record on appeal RETURNED to lower court. Number of Volumes : 10  USDC - SDNY (500 Pearl Street) [Entry date May  3 2005  ] |
| 5/4/05 | Record on appeal RETURNED to lower court. 1st supp Number of volumes:1 USDC-SDNY 500 Pearl st [Entry date May  4 2005  ] |
| 6/29/05 | Notice of filing petition  for  APPELLANT  Eve Hoffman,  Karen Guidi,  Lois Kramer,  Merrill Kramer, dated 6/20/05 filed.  Supreme Court #: 04-1700.  [Entry date Jun 30 2005  ] |
| 10/12/05 | Writ of Certiorari DENIED. [Entry date Oct 26 2006 ] |
| 10/12/05 | Letter dated 10/12/05 from the Supreme Court advising of order denying petition for writ of certiorari by  APPELLANT  Eve Hoffman,  Karen Guidi,  Lois Kramer,  Merrill Kramer, , filed. (Supreme Court # 04-1700) [Entry date Oct 26 2006 ] |

Proceedings include all events.   03-7668-cv   Guidi v. Inter-Continental

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by_____
DEPUTY CLERK

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Colorado Building · 1341 G Street, NW 5th Floor, Washington, D.C. 20005-3105  Tel 202 626 7660  Fax 202 628 3606

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

—

www.wilsonelser.com

## 08-mc-83

WRITER'S DIRECT DIAL (202) 626-7667
ROBERT.WALLACE@WILSONELSER.COM
ADMITTED IN DC , VA

February 11, 2008

**BY FEDERAL EXPRESS**

Clerk's Office
United States District Court - District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

Re·    Karen Guidi, et. al. v. Intercontinental Hotels Corp., et. al.
       Case No.          :        To be Assigned
       Our File No.      :        00916.00008

Dear Sir or Madam,

Enclosed for filing, please find the original and two copies of the following documents:

1.    Completed form AO 451 – Certification of Judgment issued by the United States District Court for the Southern District of New York.

2     Certified Judgment entered May 13, 2005 in the case Karen Guidi, et. al. v. Intercontinental Hotels Corp., et. al., Case No. 65-9006, in the United States District Court for the Southern District of New York.

3.    Certified Docket for the case Karen Guidi, et. al. v. Intercontinental Hotels Corp., et. al., Case No. 65-9006, in the United States District Court for the Southern District of New York.

4.    Certified Judgment entered March 17, 2005 in the case Karen Guidi, et. ai. v. Intercontinental Hotels Corp., et. al., Case No. 03-7668, in the United States Court of Appeals for the Second Circuit.

288565.1

February 11, 2008
Page 2


5.    Certified Docket for the case <u>Karen Guidi, et. al. v. Intercontinental Hotels Corp., et. al.</u>, Case No. 03-7668, in the United States Court of Appeals for the Second Circuit.

Also enclosed, please find the $39.00 fee for opening a miscellaneous case file and a CD containing a separate .pdf file of each of the documents listed above.

Please contact me should any questions or issues arise regarding the registration of the above judgments.


Sincerely yours,

Robert B. Wallace
(D.C. Bar # 108571)


Enclosures