United States District Court
For the District of Columbia

| | |
|---|---|
| **Inter-Continental Hotels Corporation** and **Inter-Continental Hotels Group**  :  :  :  **Petitioners,**  :  :  v.  :  :  **Merrill L. Kramer and**  **Lois Kramer**  8112 Tomlinson Avenue  Bethesda, MD 20817  :  :  :  **Respondents.**  : | Case No: 1:08-mc-00083-RBW |

### APPLICATION FOR WRIT OF ATTACHMENT
### OTHER THAN WAGES, SALARY AND COMMISSIONS

To the Clerk:

Pursuant to Rule 64 of the Federal Rules of Civil Procedure, please issue a Writ of Attachment in the above matter in favor of the Defendants Inter-Continental Hotel Corporation and Inter-Continental Hotels Group, PLC (hereinafter referred to collectively as "Petitioners"), as follows:

(1) Against **Merrill L. Kramer**, Respondent; and

(2) Against **Lois Kramer**, Respondent; and

(3) Against **Wachovia Bank, N.A.** (formerly First Union Bank of Washington, D.C.), Garnishee; and

(4) Docket this Writ against **Merrill L. Kramer**, Respondent; and

(5) Docket this Writ against **Lois Kramer**, Respondent; and

(6) Docket this Writ against **Wachovia Bank, N.A.**, Garnishee; and

291676.1

(7) In an amount due of **$18,663.09,** plus interest accruing from May 13, 2005, to present at a rate of 3.33 % per annum pursuant to 28 U.S.C. § 1961 and **$7,012.80,** plus interest accruing from March 17, 2005, at a rate of 3.24% per annum pursuant to 28 U.S.C. § 1961 and costs of execution [to be determined].

As reason and justification for the Writ of Attachment, Petitioners submit the attached Affidavit of Robert Wallace, Esq. setting forth the grounds for Petitioners' claims, attached hereto as Exhibit 1.

Petitioners also submit herewith the Writ of Attachment and Interrogatories directed to Wachovia Bank, N.A., 740 15th Street, N.W., Washington, D.C. 20005, to be executed by this Court, attached hereto as Exhibit 2.

Respectfully Submitted,

Dated: April 11, 2007

\s\
Robert B. Wallace, Esq. (Bar#108571)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
1341 G Street, N.W.
Fifth Floor
Washington D.C. 20005
(202) 626-7667

291676.1

# EXHIBIT 2

United States District Court
For the District of Columbia

| | |
|---|---|
| **Inter-Continental Hotels Corporation** : | |
| and **Inter-Continental Hotels Group PLC** : | |
| : | |
| **Petitioners,** : | |
| : | |
| v. : | Case No: 1:08-mc-00083-RBW |
| : | |
| **Merrill L. Kramer and** : | |
| **Lois Kramer** : | |
| 8112 Tomlinson Avenue : | |
| Bethesda, MD 20817 : | |
| : | |
| **Respondents.** : | |

**WRIT OF ATTACHMENT ON A JUDGEMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS**

To:   Wachovia Bank, N.A. (formerly First Union National Bank of Washington D.C.)
740 15th Street, N.W.
Washington, D.C.
(202) 637-7652
As **Garnishee**

You are hereby notified that any money, property or credits other than wages, salary and commissions of **Merrill L. Kramer and/ or Lois Kramer,** are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the named individuals or to anyone else without an order from this court.

The Judgments against the respondents, Merrill Kramer and Lois Kramer, were entered on May 13, 2005, in the United States District Court for the Southern District of New York and March 17, 2005, in the United States Court of Appeals for the Second Circuit. Both of these Judgments were registered with the United States District Court for the District of Columbia on February 19, 2008, and pursuant to 28 U.S.C. § 1963, have the same force and effect as a judgment issued by that Court.

The Judgment originally entered by the United States District Court for the Southern District of New York on May 13, 2005, is in the amount of EIGHTEEN THOUSAND SIX HUNDRED AND SIXTY-THREE DOLLARS AND NINE CENTS ($18,663.09) with interest at 3.33 % from the date of judgment through present.

The Judgment originally entered by the United States Court of Appeals for the Second Circuit on March 17, 2005, is in the amount of SEVEN THOUSAND AND

291670.1

TWELVE DOLLARS AND EIGHTY CENTS ($7,012.80) with interest at 3.24 % from the date of judgment through present.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and on copy of the answers, and to serve a copy, by mail or other means, upon the Petitioners Inter-Continental Hotels Corporation and Inter-Continental Hotels Groups, PLC, c/o Robert Wallace, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 1341 G Street, N.W., Fifth Floor, Washington D.C. 20005 and Respondents Merrill Kramer and Lois Kramer at 8112 Tomlinson Avenue, Bethesda, MD 20817. If you fail to do so, judgment may be entered against you for the <u>entire amount of the Petitioners' claims with interest and costs.</u>

Witness the Honorable Chief Judge of said Court, this _____ day of _____.

                                                    Nancy M. Mayer-Whittington, Clerk

                                                   By:_____
                                                        Deputy Clerk

Robert B. Wallace, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
1341 G Street, N.W.
Fifth Floor
Washington D.C. 20005
(202) 626-7667

291670.1

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment within ten (10) days after service of the writ upon you [Title 16. Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the Petitioners' claims and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the petitioner(s) and respondent(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.   Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the respondent(s), and, if so, how, and in what amount?

ANSWER:_____
_____
_____
_____
_____

2.   Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the respondent(s) in you possession or charge, and, if so, what?

ANSWER:_____
_____
_____
_____
_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____    _____
                                Garnishee

291670.1