UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTER-CONTINENTAL HOTELS      :
CORPORATION AND INTER-        :
CONTINENTAL HOTELS GROUP      :
                              :
      Plaintiffs,            :
                              :
      v.                     :  Case No. 1:08-mc-00083-RBW
                              :
MERRILL L. KRAMER AND         :
LOIS KRAMER                   :
                              :
      Defendants.            :
_____ :

**ORDER**

      Inter-Continental Hotels Corporation and Inter-Continental Hotels Group seek enforced in this District the judgment obtained from the United States District Court for the Southern District of New York and affirmed by the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 1963 (2000). To achieve this relief, the petitioners have submitted to the Court two Applications for Writs of Attachment ("Petitioners' Applications"). Upon careful consideration of the Petitioners' Applications and the entire record in the case, the Court concludes that Petitioners' Applications must be denied without prejudice.

      The plaintiffs cite Federal Rule of Civil Procedure 64 as authority for issuance of the writs requested. Petitioners' Applications at 1. Rule 64(a) provides that "[a]t the commencement of and throughout an action" a federal court may issue a writ of attachment if doing so is in accordance with "the laws of the state where the court is located . . . to secure satisfaction of the <u>potential</u> judgment." Fed. R. Civ. P. 64(a) (emphasis added). And, Rule 64(b) merely designates the "remedies available under this rule," which includes writs of "attachment."

Fed. R. Civ. P. 64(b).  Thus, contrary to what Rule 64 authorizes, the petitioners do not seek security for a potential judgment; rather, they seek execution of a <u>final</u> judgment.  The writs requested are therefore governed by Federal Rule of Civil Procedure 69, which provides for execution of a judgment, and not Rule 64.  <u>Accord</u> <u>Crump v. Bank of America</u>, 235 F.R.D. 113, 115 (D.D.C. 2006); 13 JAMES WM. MOORE ET AL., MOORE'S FEDERAL PRACTICE § 64.18[2] (LexisNexis 2008).  Accordingly, the Petitioners' Applications are denied without prejudice.

**SO ORDERED** on this 9th day of July, 2008.

_____

REGGIE B. WALTON
United States District Judge