# United States District Court
## For the District of Columbia

| | |
|---|---|
| **Inter-Continental Hotels Corporation** | : |
| **and Inter-Continental Hotels Group** | : |
| | : |
| **Petitioners,** | : |
| | : |
| v. | :    Case No: 1:08-mc-00083-RBW |
| | : |
| **Merrill L. Kramer and** | : |
| **Lois Kramer** | : |
| 8112 Tomlinson Avenue | : |
| Bethesda, MD 20817 | : |
| | : |
| **Respondents.** | : |

## SATISFACTION OF JUDGMENT

Respondents, Merrill L. Kramer and Lois Kramer, having satisfied the money judgment registered on February 19, 2008, in favor of the Petitioners, Inter-Continental Hotels Corporation and Inter-Continental Hotels Group, the Clerk of the Court shall enter the judgment as fully paid and satisfied.

                                                             Respectfully Submitted,

Dated: August 7, 2008

                                                             \s\
                                          Robert B. Wallace, Esq. (Bar#108571)
                                          WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP
                                          1341 G Street, N.W.
                                          Fifth Floor
                                          Washington D.C. 20005
                                          (202) 626-7667

308959.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Satisfaction of Judgment, were mailed, first class, postage prepaid, this 7th day of August 2008, to:

Thomas J. McCormack, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
*Attorney for Plaintiffs*
*Merrill & Lois Kramer*

Merrill Kramer
8112 Tomlinson Avenue
Bethesda, Maryland 20817

Lois Kramer
8112 Tomlinson Avenue
Bethesda, Maryland 20817

Karen Guidi
1276 St. Georges Avenue
Rahway, NJ 07065

Eve Hoffman
Seven Paula Street
Edison, NJ 08820

/s/
Robert B. Wallace

308959.1